PD-0162-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/26/2015 3:49:54 PM
Accepted 3/26/2015 3:58:48 PM
ABEL ACOSTA
CLERK

**No. PD-0162-14**

| | | |
|---|---|---|
| **BRANDON SCOTT BLASDELL** | § | **IN THE COURT OF** |
| | § | |
| **V.** | § | **CRIMINAL APPEALS** |
| | § | |
| **THE STATE OF TEXAS** | § | **AT AUSTIN, TEXAS** |

_____

### STATE'S MOTION FOR
### EXTENSION OF TIME TO FILE BRIEF

_____


**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:**

COMES NOW the State of Texas, by the undersigned assistant district attorney, and moves the Court for an extension of time to file its appellate brief in the above-captioned case. The State would respectfully show the Court the following:

1. The appellant was convicted of the offense of aggravated robbery. His punishment was assessed at imprisonment for 30 years.

2. This Court granted the appellant's petition for discretionary review and the appellant's brief was filed on February 24, 2015.

3. The State's brief is due to be filed in this Court on March 26, 2015.

4. The State has not previously requested an extension of time to file its brief.

5. The State hereby requests a thirty-day extension of time to file its brief, until April 24, 2015.

1

9. Good cause exists for the requested extension of time, for the following reasons:

In the past 30 days, the undersigned counsel for the State has been required to prepare and file several written responses, including the State's appellate brief in the *Lauro Grimaldo Rincon v. The State of Texas*, Case No. 14-14-00535-CR; the State's appellate brief in *Veronica Gonzalez v. The State of Texas*, Case No. 09-14-00322-CR; the State's answer to application for post-conviction writ of habeas corpus and proposed findings of fact and conclusions of law in *Ex parte Kyle Clayton Ellisor*, Case No. 11-02-01557-CR-(1); and the State's answer to application for post-conviction writ of habeas corpus and proposed findings of fact and conclusions of law in *Ex parte Jermond Dewayne Thompson*, Case No. 13-05-05262-CR-(1).

THEREFORE, the State requests an extension of time to file its response until April 24, 2015, in this case.

Respectfully submitted,

BRETT W. LIGON
District Attorney
Montgomery County, Texas


BRENT CHAPELL
Assistant District Attorney
Montgomery County, Texas
S.B.T. No. 24087284
207 W. Phillips, Second Floor
Conroe, Texas   77301
(936) 539-7800
(936) 788-8395 (fax)
brent.chapell@mctx.org

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was mailed to the appellant, at the following address, on the date of the filing of the original with the Clerk of this Court:

> Mr. Jeremy S. Dishongh
> Attorney at Law
> 332 N. Main
> Conroe, Texas 77301

> BRENT CHAPELL
> Assistant District Attorney
> Montgomery County, Texas

3